

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00507-CR

Marlene **LEVEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR4845A
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 31, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2022.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court